UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Bridgette Allcock, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-20165-DRH-PMF |
| *Keeli Anthony v. Bayer Corporation, et al.*[1] | No. 3:10-cv-20051-DRH-PMF |
| *Tracy Edwards v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11158-DRH-PMF |
| *Linda Graves v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10770-DRH-PMF |
| *Rhonda Meggers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13028-DRH-PMF |
| *Michelle Newcomb-Moon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11540-DRH-PMF |
| *Melissa Poppell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10550-DRH-PMF |
| *Ashley Price v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10999-DRH-PMF |
| *Jennifer Pruitt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11000-DRH-PMF |
| *Jennifer Stanley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11194-DRH-PMF |
| *Janette Talley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11048-DRH-PMF |
| *Terina Widner-Collins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11189-DRH-PMF |
| *Sarah Mansour v. Bayer HealthCare Pharmaceuticals Inc., et al.*[2] | No. 3:09-cv-20143-DRH-PMF |

---

[1] Plaintiff a/k/a Keeli Anthony Keeler.

*Christine Rodriguez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*    No. 3:11-cv-11421-DRH-PMF

*Stephanie Rowland v. Bayer HealthCare Pharmaceuticals Inc., et al.*    No. 3:11-cv-11125-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 27, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

        **JUSTINE FLANAGAN,**
        **ACTING CLERK OF COURT**

        BY:  /s/*Caitlin Fischer*
        **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.11 14:53:32 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT

---

[2] Plaintiff a/k/a Sarah Mansour Detenber.

2